FILED

10/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0612



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0612

TOSTON GRAY LAFOURNAISE,

     Petitioner,

v.

DEMETRIC GODFREY, Warden,
Crossroads Correctional Center,

     Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: October 15, 2024.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court